E-FILED
Thursday, 25 August, 2005  08:38:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

WILLIAM H. CLAY,
    Petitioner,

-V-                    Case No# 99-40096

UNITED STATES OF AMERICA,
    Respondent,

FILED
AUG 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

........................

**MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER**

    NOW INTO COURT, Comes William H. Clay, the petitioner appearing through Pro-Se representation and respectfully request and moves this Honorable Court for an order to amend his judgment and commitment order that solely recommends that Mr. Clay be allowed to participate in the Substance Abuse Treatment Program without specifically addressing whether Mr. Clay should be entitled to an incentive for successfully completing the Substance Abuse Treatment Program as dictated in 18 U.S.C. § 3621(2).

    Therefore, based on the bureaucracy and hierarchy of authority in the Bureau Of Prisons a specific order from this Honorable Court concerning there true intentions on whether there initial order for Mr. Clay to participate in the Substance Abuse Treatment Program Pursuant To 18 U.S.C. § 3621(e)(1) included or did not include an incentive upon the completion of the program. This order will surely clear up the misunderstanding the Bureau Of Prisons is currently having with Mr. Clay, since the Bureau Of Prisons is interpreting this Honorable Courts recommendation for Mr. Clay to participate in the Substance Abuse Treatment Program as solely to participate in the program with no entitlement of incentive upon Mr. Clay completing the program. Please See 18 U.S.C. § 3621(e)(1) and (2).

WHEREFORE, Mr. William H. Clay, prays that this Honorable Court amend its Judgment and Commitment order to reflect whether this Honorable Court also recommended or ordered the Bureau Of Prisons to give Mr. Clay an incentive in completion of the Substance Abuse Treatment Program that was recommended by this Honorable Court Pursuant To 18 U.S.C. § 3621(e)(1) and (2).

Respectfully Submitted

William H. Clay-Pro-Se
Reg#11833-026-Dorm-209
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814.

Executed On This 20th Day Of August 2005

CERTIFICATE OF SERVICE

I, William H. Clay, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER, in the Duluth Federal Prison Camps Legal Mail system with first class postage to insure its proper delivery to:

United States Attorneys Office
United States District Court
Central District Of Illinois
211 19th Street
Rock Island Illinois 61201

Executed On This 20th Day Of August 2005

William H. Clay