

FILED
E-FILED
Tuesday, 04 March, 2008 09:27:06 AM
Clerk, U.S. District Court, ILCD

MAR 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To The Court:

My name is William H. Clay, not represented by anyone even though I would like to be appointed an attorney. My case number is 99-40096, my Judge is Mr. Michael M. Mihm, my prosecutor is Mr. Allegro. I have received two letters the United States Probation Division, and the Federal Public Defensive office. They suggest I need not make this long or complicated. Rather, only state that I was convicted of an offense involving crack cocaine, and I believe the retroactive amendment to the sentencing Guidelines applies to my case, and I'm requesting that the district court modify my sentence pursuant to the amendment. I have included my progress report and classes which I've taken, I've been very busy. My last day here in F.P.C Duluth is March 12th 2008 I leave for the 1/2 way house in Davenport Iowa, I pray that this will apply and trust my mail will forward. (Will this effect my 1/2 way house?)

Sincerely,

William Clay
William Clay
F.P.C Duluth 11833-026

```
   DTHGC         *         INMATE EDUCATION DATA        *    02-25-2008
   PAGE 001 OF 001 *                TRANSCRIPT          *     15:25:15

   REGISTER NO: 11833-026     NAME..: CLAY              FUNC: PRT
   FORMAT.....: TRANSCRIPT    RSP OF: DTH-DULUTH FPC

   -------------------------- EDUCATION INFORMATION ---------------------------
   FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
   DTH  ESL HAS    ENGLISH PROFICIENT         02-12-2001 1414 CURRENT
   DTH  GED HAS    COMPLETED GED OR HS DIPLOMA 02-27-2001 1302 CURRENT

   -------------------------- EDUCATION COURSES ------------------------------
   SUB-FACL  DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
   DTH       RPP RELEASE REQUIRE SEMINAR  01-15-2008 01-15-2008  P   C  P    1
   DTH       RPP RELEASE REQUIRE SEMINAR  01-15-2008 01-15-2008  P   C  P    2
   DTH       STOCKS & BONDS               01-10-2007 03-14-2007  P   C  P   10
   DTH       REAL ESTATE INVESTING        01-09-2007 03-13-2007  P   C  P   10
   DTH       A&O REENTRY WORLD PROGRAM    09-21-2006 01-25-2007  P   C  P   32
   DTH       START OWN BUSINESS ADV       10-04-2006 12-06-2006  P   C  P   10
   DTH       JOB FAIR INTERVIEW           04-21-2006 04-21-2006  P   C  P    2
   DTH       JOB FAIR INFORMATION         04-21-2006 04-21-2006  P   C  P    2
   DTH       SALES & MARKETING            10-25-2004 04-20-2005  P   C  C  300
   DTH       SELLING TECHNIQUES           10-25-2004 04-20-2005  C   C  P    0
   DTH       PRINCIPLES OF MARKETING      10-25-2004 04-20-2005  C   C  P    0
   DTH       CUSTOMER SERVICE SKILLS      10-25-2004 04-20-2005  C   C  P    0
   DTH       BUSINESS COMMUNICATION       10-25-2004 04-20-2005  C   C  P    0
   DTH       FINANCIAL MARKETS            10-06-2003 12-15-2003  P   C  P   10
   DTH       CROCHET                      07-11-2003 09-12-2003  P   C  P    9
   DTH       MUSIC LESSONS                04-14-2003 06-20-2003  P   C  P   10
   DTH       REAL ESTATE                  04-17-2003 06-19-2003  P   C  P   10
   DTH       CREDIT ADVICE                04-16-2003 05-28-2003  P   C  P    6
   DTH       MUSIC LESSONS                01-23-2003 04-03-2003  P   C  P   11
   MIL       WEIGHT MANAGEMENT/WELLNESS PRG 11-09-2002 11-11-2002 P  C  P    4
   MIL       DRUG ED 8:00-11:00 M-F G UNIT 06-24-2002 07-11-2002  P  C  P   36
   MIL       12-2:00 P.M. TUES, WED.      09-26-2001 01-09-2002  P   C  P  108
   MIL       ADVANCED MUSIC CLASS         10-11-2001 11-27-2001  P   C  P   24
   MIL       3RD OF 4 MUSIC THEORY CLASSES 08-27-2001 09-28-2001 P   C  P   24
   MIL       2ND OF 4 MUSIC THEORY CLASSES 07-01-2001 08-13-2001 P   C  P   36
   MIL       MUSIC          RECREATION #337 05-19-2001 06-29-2001 P  C  P   36
   MIL       GARDENING                    05-05-2001 06-01-2001  P   C  P    8
   MIL       A&O COMPLT                   02-07-2001 02-08-2001  P   C  P    8




   G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# Certificate of Achievement

*Let it be known that*

**WILLIAM CLAY**

*has satisfactorily completed the
Drug Education Class at the
Federal Correctional Institution in Milan, MI
July 11th, 2002*

_____
H. Douglas Gaston
Drug Abuse Treatment Specialist

Be it known by all that

**WILLIAM CLAY**

Has successfully completed the FCI Milan Parenting Class

December 2001

_A. Woodard_
Jennifer L. Woodard, Parenting Program Coordinator

_Robert Bryant_
Robert Bryant, Supervisor of Education

Federal Correctional Institution
Milan, Michigan

```
DTH1Z              *           PROGRESS REPORT          *      10-29-2007
PAGE                                                            13:13:20

RSP OF: DTH DULUTH FPC
        6902 STEBNER ROAD          US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        DULUTH, MN 55814
        218 722-8634
NAME: CLAY, WILLIAM H              REGNO: 11833-026 AGE(DOB): 41/04-10-1966
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| X /s/ William Clay | 11-28-07 | X /s/ |

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE _X_ TRANSFER ___ OTHER: ___

PRESENT SECURITY/CUSTODY LEVEL:
   MINIMUM  /COM

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

21:846 & 841(B)(1)(A), CONSPIRACY TO DISTRIBUTE COCAINE BASE
(CRACK), COCAINE AND MARIJUANA
   120 MONTHS                         /    10 YEARS

DATE COMPUTATION BEGAN: 12-15-2000

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|
| 0    /0    /0 | 378 | + JAIL CREDIT - INOP TIME<br>M:       82 D: 15<br>+ 357     JC - 0      INOP |

PROJECTED RELEASE DATE: 09-08-2008 | PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: N/A

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                    BP-CLASS-3

NAME: CLAY, WILLIAM H				REGNO: 11833-026

-------------------------- INSTITUTIONAL ADJUSTMENT --------------------------
This progress report is being prepared in anticipation of William Clay's release to a Residential Re-entry Center, RRC, in the Rock Island, IL area.

A. PROGRAM PLAN: Mr. Clay was initially designated to FCI Milan, MI on 01-11-2001. He was transferred to FPC Duluth, MN on 12-13-2002 for lesser security purposes. Since his arrival at FPC Duluth, MN, Mr. Clay has been encouraged to participate in voluntary groups, attend release preparation courses, participate in the Inmate Financial Responsibility Program, accept correctional counseling, obtain full-time employment, and prepare for RRC placement when eligible.

B. WORK ASSIGNMENTS: Mr. Clay is currently assigned to the Electric work detail. Supervisory reports indicate he is a good to outstanding worker currently earning grade 1 pay.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|---|---|---|---|---|
| DTH | ELECTRIC | ELECTRIC SHOP | 10-10-2007 | CURRENT |
| DTH | ELECTRIC | ELECTRIC SHOP | 06-28-2007 | 10-10-2007 |
| DTH | ELECTRIC | ELECTRIC SHOP | 12-21-2006 | 06-28-2007 |
| DTH | MED CONV | MEDICAL CONVELESENCE | 12-19-2006 | 12-21-2006 |
| DTH | ELECTRIC | ELECTRIC SHOP | 09-11-2006 | 12-19-2006 |
| DTH | VACATION | VACATION | 09-05-2006 | 09-11-2006 |
| DTH | ELECTRIC | ELECTRIC SHOP | 08-26-2006 | 09-05-2006 |
| DTH | VACATION | VACATION | 08-21-2006 | 08-26-2006 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: According to documentation obtained in the Pre-Sentence Investigation Report, PSR, Mr. Clay graduated from Rock Island High School, Rock Island, IL in May of 1984. In 1986 He earned 61 quarter hours from Augustana College, Rock Island, IL. In 1987 Mr. Clay received 6 hours of credits from St. Petersburg Junior College, St. Petersburg, FA.

-------------------------- EDUCATION INFORMATION --------------------------
| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| DTH | ESL HAS | ENGLISH PROFICIENT | 02-12-2001 1414 | CURRENT |
| DTH | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-27-2001 1302 | CURRENT |

-------------------------- EDUCATION COURSES --------------------------
| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| DTH | STOCKS & BONDS | 01-10-2007 | 03-14-2007 | P | C | P | 10 |
| DTH | REAL ESTATE INVESTING | 01-09-2007 | 03-13-2007 | P | C | P | 10 |
| DTH | A&O REENTRY WORLD PROGRAM | 09-21-2006 | 01-25-2007 | P | C | P | 32 |
| DTH | START OWN BUSINESS ADV | 10-04-2006 | 12-06-2006 | P | C | P | 10 |
| DTH | JOB FAIR INTERVIEW | 04-21-2006 | 04-21-2006 | P | C | P | 2 |
| DTH | JOB FAIR INFORMATION | 04-21-2006 | 04-21-2006 | P | C | P | 2 |

D. COUNSELING PROGRAMS: Mr. Clay completed the 40 hour drug education program in July of 2002.

E. INCIDENT REPORTS:

   NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

NAME: CLAY, WILLIAM H                REGNO: 11833-026

J. RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
   CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

( ) YES   (X) NO

18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: DTH00527

   DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____ CASE MANAGER (DATE) 11/28/07
             DOUGLAS e  CASE MANAGER - K. WILD-OLSON

DATE TYPED:    10-29-2007

REVIEWED BY: _____ UNIT MANAGER (DATE) 11/29/09
             DOUGLAS   DOUGLAS-D BAKER-EXT 207

NAME: CLAY, WILLIAM H                REGNO: 11833-026

F. INSTITUTIONAL MOVEMENT: Mr. Clay was initially designated to FCI Milan, MI for service of sentence. On 12-13-2002 he was transferred to FPC Duluth, MN for lesser security purposes.

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| DTH | A-DES | OTHER AUTH ABSENCE RETURN | 10-10-2007 |
| DTH | A-DES | FURLOUGH RETURN | 06-28-2007 |

G. PHYSICAL AND MENTAL HEALTH: Mr. Clay is currently assigned regular duty status with no medical restrictions. No mental health issues have been noted. He appears to be fully employable upon release. There is a documented history of substance abuse.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: As stipulated in the Judgement in a Criminal Case, Mr. Clay was responsible for a $100.00 felony assessment. He has completed his court ordered financial obligation.

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 05-17-2001 |

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Prior to release Mr. Clay has been encouraged to participate in the Unit and Institution Release Preparation Program. The opportunity to discuss release issues with institution staff and representatives of the U.S. probation department will be provided. Facts regarding the release of medical information, the cost of RRC placement, authorized drug or alcohol urinalysis, substance abuse treatment, and various other subjects will be addressed.

Upon return to the community, Mr. Clay plans to return to the Rock Island, IL area. He plans to reside in a rental property his mother owns, approximately eight blocks from her home. He will require the advice and assistance of the U.S. Probation department in finalizing release plans.

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP PART | RELEASE PREP PGM PARTICIPATES | 07-05-2002 |

PRE-RELEASE PREP DATE:    150 to 180 days

RESIDENCE:    1103 29th Avenue
              Rock Island, IL 61201
              No Phone yet at above residence)
              Wilhelmenia Clay, Owner (309) 788-8213 (Mothers's Phone)

EMPLOYMENT:   To be secured.

USPO:         Rich Carroll, Chief
              U.S. Probation Office
              127 U.S. Courthouse
              201 South Vine Street
              Urbana, IL 61801
              217-373-5851